FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| RIGOBERTO F. JUAREZ,<br><br>      Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>      Respondent. | No. CV 08-731-GPS (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: 7/24/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE